UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TONY TAYLOR, | ) | No. CV 12-7815 JFW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| E. VALENZUELA, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: April 1, 2014

_____
JOHN F. WALTER
United States District Judge